In the Matter of the Application of PATRICK W. CULLINAN,
as State Commissioner of Excise, Respondent, for the Can-
cellation of Liquor Tax Certificate No. 3,562, Issued to
EDWARD KOJAN and VICTOR STREICHER, Appellants.

*Matter of Cullinan (Kojan),* 97 App. Div. 630, affirmed.
(Argued February 20, 1905; decided March 17, 1905.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
September 29, 1904, which affirmed an order of Special Term
revoking and canceling a liquor tax certificate.

*Uriah W. Tompkins* for appellants,

*Herbert H. Kellogg* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.